District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NESTOR YIANDI DREKE PEREZ,<br><br>Petitioner,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Respondents. | No. 2:23-cv-1012-TL<br><br>STIPULATED MOTION TO REMAND AND DISMISS<br><br>[PROPOSED]<br><br>Note for Consideration:<br>July 24, 2023 |

Petitioner Nestor Yiandi Dreke Perez brought this action pursuant to 8 U.S.C. § 1447(b), seeking de novo review of his Form N-400, Application for Naturalization. The parties have reached an agreement that will resolve this case in its entirety.

The parties jointly stipulate and move this Court to remand the matter to U.S. Citizenship and Immigration Services ("USCIS"), and to dismiss this matter without prejudice, without fees or costs to either party. Once remanded, USCIS agrees to approve Petitioner's Form N-400 within seven days of the remand. Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

//

//

//

STIPULATED MOTION TO DISMISS AND REMAND
 (C23-1012-TL) - 1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 24, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Manuel F. Rios, III*
MANUEL F. RIOS, III WSBA #27279
Rios Immigration Defense, PS
1109 First Avenue, Suite 212
Seattle, WA 98101
Tel.: (206) 749-5600
Email: manuel@riosimmdefense.com

*Attorneys for Petitioner*

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Respondents*

STIPULATED MOTION TO DISMISS AND REMAND
(C23-1012-TL) - 2

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that this case is remanded to United States Citizenship and Immigration Services ("USCIS").  USCIS shall approve Petitioner's Form N-400 within seven days from remand.  This matter is dismissed without prejudice and without fees or costs to either party.

DATED this 25th day of July, 2023.

_____
Tana Lin
United States District Judge